

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2015

No. 04-15-00396-CR

Roy **ALVAREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6084
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). This court previously issued an order setting a deadline for appellant to file a pro se brief if appellant desired to file such a brief. On November 25, 2015, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 321 (Tex. Crim. App. 2014). Appellant's motion to access the record is GRANTED. The clerk of this court is instructed to send a paper copy of the clerk's record and reporter's record for this appeal to appellant with this order.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty days from the date of this order. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2015.



Keith E. Hottle
Clerk of Court